UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MSP RECOVERY CLAIMS,<br>SERIES LLC, and SERIES 16-08-483,<br>    Plaintiffs, | : : : : | CIVIL CASE NO.<br>3:22-CV-938 (JCH) |
| v. | : : | |
| TRAVELERS INDEMNITY COMPANY,<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY, TRAVELERS CASUALTY<br>COMPANY, TRAVELERS CASUALTY<br>INSURANCE COMPANY OF AMERICA,<br>TRAVELERS COMMERCIAL CASUALTY<br>COMPANY, TRAVELERS PROPERTY<br>CASUALTY COMPANY OF AMERICA,<br>    Defendants. | : : : : : : : : : | JULY 6, 2023 |

## **JUDGMENT**

This action having come before the Court for consideration of the Defendant's motion to dismiss Plaintiffs' amended complaints (Doc. No. 46), which the Plaintiffs' oppose (Doc. No. 50), before the Honorable Janet C. Hall, United States District Judge; and

The Court having considered the motions and the full record of the case including applicable principles of law, and having granted the Defendants' motion and declining to grant Plaintiffs leave to amend the amended complaints on July 6th, 2023, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the Defendants.

Dated at New Haven. Connecticut. this 6th day of July, 2023.

DINAH MILTON KINNEY, Clerk

By: /s/ Christina Sichanh
    Christina Sichanh
    Deputy Clerk

Entered on Docket: 7/7/2023